# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Alma Gonzalez

**BANKRUPTCY NO.** 2:10–bk–17334–VK

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–3957
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 4/15/10

**Address:**
930 E Fairview Blvd
Inglewood, CA 90302

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

180 day bar to refiling pursuant to 11 U.S.C. Section 109(g)

|  |  |
|---|---|
| Dated: April 15, 2010 | For The Court,<br>**Kathleen J. Campbell**<br>Clerk of Court |

(Form van23b–odmwab VAN–23) Rev. 11/09          **15 / PMI**